**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**EDWARD WATERS COLLEGE, INC.,**

    Plaintiff,

v.                                                                        CASE NO. 3:05-cv-180-J-99HTS

**THE SOUTHERN ASSOCIATION OF**
**COLLEGES AND SCHOOLS, INC.**

    Defendant.
_____/

**O R D E R**

Before this Court is the Joint Motion with Supporting Memorandum ( and Rule 3.02(g) Certification) for a Temporary Stay of Proceedings (Dkt #38 ) filed June 3, 2005. After a review of the file and upon due consideration, the Motion to Stay is **GRANTED** and this case is hereby stayed as to all parties in interest until July 1, 2005 at which time the parties shall advise this Court as to the status of this case.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 6th day of June, 2005.

**Copies to:**   Counsel of Record

_____
JOHN H. MOORE II
United States District Judge