## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**EDWARD WATERS COLLEGE, INC.,**

       Plaintiff,

**v.**                                        **CASE NO. 3:05-cv-180-J-16HTS**

**THE SOUTHERN ASSOCIATION OF
COLLEGES AND SCHOOLS, INC.**

       Defendant**.**

_____ /

### ORDER OF DISMISSAL WITH PREJUDICE

     This cause is before the Court upon the Joint Motion to Set Aside Preliminary Injunction and Dismiss Action with Prejudice (Doc. #40) filed on June 28, 2005.  Accordingly, it is:

     **ORDERED AND ADJUDGED**:

     1) that this Court's Order of March 11, 2005 (Doc. #29) is vacated and the preliminary injunction entered therein is set aside.  Additionally, the Court notes that the Order of March 11, 2005 shall not serve as precedent in subsequent cases.

     2) that this case is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close this file.

     **DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 30th day of June, 2005.

JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of Record